DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Counsel Designated for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DELFINO OSORIO PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DELFINO OSORIO PADILLA,<br><br>          Defendant.<br>_____ | No. Cr. S 99-452 FCD<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE** |

　　　　Defendant, DELFINO OSORIO PADILLA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Executive Assistant U.S. Attorney Carolyn K. Delaney, hereby stipulate as follows:

　　　　1.　Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　On October 24, 2000, this Court sentenced Mr. Padilla to a term of imprisonment of 151 months;

　　　　3.　The sentencing range applicable to Mr. Padilla was

subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

4. Mr. Padilla's adjusted offense level has been reduced from 29 to 27, and a sentence at the low end of the new guideline range is 133 months;

5. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Padilla's term of imprisonment to an aggregate term of 130 months.

Dated: July 15, 2008

Respectfully submitted,

| | |
|---|---|
| McGREGOR SCOTT | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/ *Carolyn K. Delaney* | /s/ *David M. Porter* |
| CAROLYN K. DELANEY | DAVID M. PORTER |
| Executive Assistant U.S. Attorney | Assistant Federal Defender |
| | |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | DELFINO OSORIO PADILLA |

ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On October 24, 2000, this Court sentenced Mr. Padilla to a term of imprisonment of 151 months. The parties agree, and the Court finds, that Mr. Padilla is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 29 to 27.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to an aggregate term of 130 months.

STIPULATED MOTION and ORDER REDUCING SENTENCE

-2-

1    IT IS FURTHER ORDERED that all other terms and provisions of the
2 original judgment remain in effect.
3    Unless otherwise ordered, Mr. Padilla shall report to the United
4 States Probation office closest to the release destination within
5 seventy-two hours after his release.
6 Dated:  July 18, 2008

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

STIPULATED MOTION and ORDER REDUCING SENTENCE
-3-